# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JOSHUA APPIAH § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:24-CV-1944-S-BN |
| LEXISNEXIS RISK SOLUTIONS § | |
| INC. and EXPERIAN INFORMATION § | |
| SOLUTIONS, INC. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 25, 2025.

_____
**UNITED STATES DISTRICT JUDGE**